| | AUSA:   Brandy R. McMillion | Telephone:  (313) 226-9622 |
|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:   ☑ Sean D. Nicol | Telephone:  (734) 995-1310 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.
JACK EUGENE CARPENTER III

Case: 2:23−mj−30076
Assigned To : Unassigned
Assign. Date : 2/18/2023
CMP: SEALED MATTER (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 17, 2023 _____ in the county of _____ Lenawee _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communications |

This criminal complaint is based on these facts:
See attached

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Sean D. Nicol, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: February 18, 2023

City and state: Detroit, MI

_____
*Judge's signature*

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sean D. Nicol, being duly sworn, depose and state as follows:

## I.   INTRODUCTION

1.     I have been a Special Agent with the FBI since 1995 and am assigned to the Detroit Division in Ann Arbor. I have investigated a wide variety of federal criminal violations, including threatening Interstate Communications.

2.     The facts and statements in this affidavit include information developed by the FBI and information provided by other law enforcement officers. This affidavit is for the limited purpose of securing a criminal complaint. I have set forth only the facts that I believe are necessary to establish the probable cause and not every fact known to me concerning this investigation.

3.     Probable cause exists that, on February 17, 2023, Twitter user "TemperedReason" (@tempered_reason) made threats to cause injury and death to Jewish members of the Michigan government, in violation of 18 U.S.C. § 875.

1

## II.   THE INVESTIGATION

4.      On February 18, 2023, around 12:45 am, the FBI National Threat Operations Center (NTOC) provided the Detroit FBI office with information concerning threats to kill Jewish government officials in Michigan by twitter user TemperedReason.  Screenshots of comments made by TemperedReason on February 17, 2023, were provided and stated *"Within the next 48 hours I will be back in Michigan. Whether I have to sell more silver or weather my mother, who participated in these acts against me, sends money to get back there after confessing her role to me."* and *"I'm heading back to Michigan now threatening to carry out the punishment of death to anyone that is jewish in the Michigan govt if they don't leave, or confess, and now that kind of problem. Because I can Legally do that, right?"*  Further information on TemperedReason's Twitter feed indicated they posted a Declaration of Sovereignty which claimed a new country named "New Israel" was formed in a 9 mile radius of 1296 LakeView, Tipton, Michigan, 49287, which is located in Lenawee County in the Eastern District of Michigan.

5.      The Detroit FBI Operations desk checked NCIC and LEIN for the address 1296 Lake View Drive, Tipton, Michigan, and identified

a resident JACK EUGENE CARPENTER III.  CARPENTER had a

valid but unserved Personal Protection Order against him, signed

February 9, 2023, and was arrested by the Michigan State Police (MSP)

in December 2022 for Assault Excluding Sexual.  Furthermore,

CARPENTER had three 9mm handguns registered in LEIN.

6.     On February 18, 2023, I spoke with MSP Trooper M. Daniels

of the Brighton Post. Trooper Daniels advised he is currently

investigating CARPENTER for the theft of a Smith and Wesson

handgun. Trooper Daniels advised he received a call at approximately

10:00am that morning from CARPENTER's mother, "LD" of Van Buren

Township, Michigan. LD said her son, CARPENTER, is currently in

Texas, but requested money from her to make a trip back to Michigan.

She refused him and he became angry, saying he would sell some sliver

to get money, but he was returning to Michigan in the next few days.

LD verified CARPENTER's Twitter identification as TemperedReason

(@tempered_reason), and provided a screenshot of a post from

CARPENTER on the morning of February 18, 2023, which read *"I'll be

coming back to Michigan, still driving with expired plates. You may*

*want to let everyone know, and Wayne County sheriff as well, any attempt to subdue me will be met with deadly force in self-defense.*" LD advised that, to her knowledge, CARPENTER has three handguns, a 12 gauge shotgun, and two hunting rifles, one of which is an M1A, military style weapon. LD provided CARPENTER's cellular telephone number to Trooper Daniels and stated CARPENTER is driving a 2015 Green Ford Fusion with Michigan License plates which expired in November 2022.

7.     On February 18, 2023, at approximately 2:45pm, I determined that CARPENTER's cellular telephone number was administered through AT&T.  Thereafter, I contacted AT&T Global Legal Demand Center (GLDC) and requested an immediate ping to determine the device's location. AT&T GLDC provided the following latitude and longitude of CARPENTER's cellular telephone: 32.433362, -97.783266.  I placed these coordinates into Google Maps and determined the location as Ellis County, Texas, a suburb of Fort Worth, Texas.  Based on my training and experience, I know that the threatening transmissions using Twitter were sent in interstate communication.

4

8.     Trooper Daniels advised he was in telephone contact with CARPENTER several weeks ago regarding the stolen handgun investigation.  He stated CARPENTER admitted to taking the weapon from his girlfriend, but added the State of Michigan does not have any authority over him.

### III.   CONCLUSION

9.      Based on the aforementioned information, I respectfully
submit that there is probable cause to believe that on or about February
17, 2023, JACK EUGENE CARPENTER III, violated 18 U.S.C. § 875(c),
Interstate Communications.

Sean D. Nicol
FBI Special Agent

Sworn and subscribed to before me
on February 18, 2023

Elizabeth A. Stafford
United States Magistrate Judge

6