UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.

JACK EUGENE CARPENTER III,

        Defendant.
_____/

Case: 2:23−mj−30076
Assigned To : Unassigned
Assign. Date : 2/18/2023
CMP: SEALED MATTER (MAW

**MOTION AND ORDER TO SEAL
COMPLAINT AND ARREST WARRANT**

THE UNITED STATES OF AMERICA requests the court to seal the Complaint and Arrest Warrant, and all attendant papers for the reason that the Defendant may flee prior to appearance on the complaint. This sealing order is entered with the express exception that upon the arrest of the Defendant, the government may provide copies of the aforementioned documents to the following persons to facilitate the Defendant's appearance in court:  the court and its staff, the United States Pretrial Services, the United States Probation Department, the United States Marshals Service, the Defendant, the Federal Community Defender's Office,

and/or the Defendant's attorney. The documents otherwise remain sealed for all other purposes until unsealed by order of the court.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Brandy R. McMillion*
 Brandy R. McMillion  P69838
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
brandy.mcmillion@usdoj.gov
(313) 226-9622

Dated:  February 18, 2023

**IT IS SO ORDERED.**

_Elizabeth A. Stafford_
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Entered:  February 18, 2023