Query    Reports    Utilities    Help    What's New    Log Out

# U.S. District Court
## Northern District of Texas (Fort Worth)
## CRIMINAL DOCKET FOR CASE #: 4:23-mj-00143-BP All Defendants

| | |
|---|---|
| Case title: USA v. Carpenter | Date Filed: 02/21/2023 |
| Other court case number: 2:23-mj-30076 Eastern District of Michigan | Date Terminated: 02/21/2023 |

Assigned to: Magistrate Judge Hal R. Ray, Jr

**Defendant (1)**

**Jack Eugene Carpenter, III**     represented by     **Andrenette Sullivan-FPD**
*TERMINATED: 02/21/2023*                                                Office of the Federal Public Defender
                                                                                            819 Taylor Street
                                                                                            Room 9A10
                                                                                            PO Box 17743
                                                                                            Fort Worth, TX 76102
                                                                                            817-978-2753
                                                                                            Fax: 817-978-2757
                                                                                            Email: andrenette_sullivan@fd.org
                                                                                            *LEAD ATTORNEY*
                                                                                            *ATTORNEY TO BE NOTICED*
                                                                                            *Designation: Federal Public Defender Appointment*
                                                                                            *Bar Status: Admitted/In Good Standing*

| | |
|---|---|
| **Pending Counts** | **Disposition** |
| None | |
| **Highest Offense Level (Opening)** | |
| None | |
| **Terminated Counts** | **Disposition** |
| None | |
| **Highest Offense Level (Terminated)** | |
| None | |
| **Complaints** | **Disposition** |
| 18:875(c) Interstate Communications | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Mark L Nichols-DOJ**<br>US Attorney's Office<br>801 Cherry Street<br>Suite 1700<br>Fort Worth, TX 76102<br>817/252-5253<br>Fax: 817-252-5455<br>Email: mark.nichols@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney's Office*<br>*Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2023 | | Arrest (Rule 5) of Jack Eugene Carpenter, III. Case Number 2:23-mj-30076 from Eastern District of Michigan. (mcrd) (Entered: 02/24/2023) |
| 02/21/2023 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jack Eugene Carpenter, III. (Ordered by Magistrate Judge Hal R. Ray, Jr on 2/21/2023) (mcrd) (Entered: 02/24/2023) |
| 02/21/2023 | 2 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Hal R. Ray, Jr: Initial Appearance on Rule 5c hearing as to Jack Eugene Carpenter, III held on 2/21/2023. Date of Arrest: 2/21/2023 on complaint and warrant from Eastern District of Michigan; Deft appeared w/counsel; Deft executed financial affidavit; O/appointing FPD entered;The judge issued the oral order required by Fed. R. Crim. P. 5(f)(1). Written order to follow; Deft waives Rule 5c hearing as to identity and requests detention and preliminary hearing in charging district; O/commitment to charging district entered; Deft remanded to custody and ordered removed to originating district. Attorney Appearances: AUSA - Mark Nichols; Defense - Andrenette Sullivan. (No exhibits) Time in Court - :06. (Court Reporter: Digital File) (USPO Lee.) (mcrd) (Entered: 02/24/2023) |
| 02/21/2023 | 3 | ELECTRONIC ORDER As to Jack Eugene Carpenter, III:<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.<br><br>By this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Hal R. Ray, Jr on 2/21/2023) (mcrd) (Entered: 02/24/2023) |
| 02/21/2023 | 4 | MOTION for Pretrial Detention filed by USA as to Jack Eugene Carpenter, III (mcrd) (Entered: 02/24/2023) |
| 02/21/2023 | 5 | WAIVER of Rule 5c Hearings by Jack Eugene Carpenter, III (mcrd) (Entered: 02/24/2023) |
| 02/21/2023 | 6 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Jack Eugene Carpenter, III. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to |

|  |  |  |
|---|---|---|
|  |  | Eastern District of Michigan. (Ordered by Magistrate Judge Hal R. Ray, Jr on 2/21/2023) (mcrd) (Entered: 02/24/2023) |
| 02/24/2023 | 7 | Notice FROM Texas Northern TO Eastern District of Michigan of a Rule 5, Rule 32.1, or Rule 40 Appearance as to Jack Eugene Carpenter, III. Your case number is: 2:23-mj-30076. Docket sheet and documents attached. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (mcrd) (Entered: 02/24/2023) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | NO. 4:23-MJ-143 |
| § | |
| JACK EUGENE CARPENTER, III § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: February, 21, 2023

_Hal R. Ray, Jr._
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.  No.4:23-MJ-143

JACK EUGENE CARPENTER III (01)

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case:** This case is eligible for a detention order because the case involves:
- ☐ Crime of violence [18 U.S.C. § 3156]
- ☐ Maximum sentence of LIFE imprisonment or death
- ☐ Controlled Substance offense punishable by 10 or more years
- ☐ Felony with 2 prior convictions in above categories
- ☐ Felony involving a minor victim
- ☐ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
- ☐ Felony involving a failure to register under 18 U.S.C. § 2250
- ☒ Serious risk that the Defendant will flee
- ☒ Serious risk that Defendant will obstruct justice
- ☐ An offense committed by the Defendant while released pending trial or sentence, or while on probation or parole and the person may flee and/or poses a danger to another person and/or the community requiring an initial 10 day detention pursuant to 18 U.S.C. § 3142(d)

**2. Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which would reasonably assure:
- ☒ Defendant's appearance as required
- ☒ The safety of the community
- ☐ The safety of another person

3. The United States **will not** invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:
- ☐ A Controlled Substance Offense punishable by 10 or more years imprisonment
- ☐ A firearms offense under Title 18, United States Code, Section 924(c)
- ☐ A federal crime of terrorism punishable by 10 or more years imprisonment
- ☐ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
- ☐ A Felony involving a failure to register under 18 U.S.C. § 2250
- ☐ The Defendant has previously been convicted of an offense described in 18 USC § 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction.

**4. Time for Detention Hearing.** The United States requests the Court to conduct the detention hearing
- ☐ at the Defendant's first appearance
- ☒ After a continuance of _3_ days.

Respectfully Submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ Mark L. Nichols

MARK L. NICHOLS
Assistant United States Attorney
Texas State Bar No. 14997700
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5253
Facsimile: 817-252-5455
Email: Mark.Nichols@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: 2-21-2023

/s/ Mark L. Nichols

MARK L. NICHOLS
Assistant United States Attorney

# United States District Court
## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | |
|---|---|
| UNITED STATES OF AMERICA | § WAIVER OF RULE 5(c) HEARINGS |
| | § (Excluding Probation Cases) |
| V. | § |
| | § |
| JACK EUGENE CARPENTER, III | § CASE NUMBER: 4:23-MJ-143 |

I, Jack Eugene Carpenter, III, understand that in the Eastern District of Michigan, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X)  identity hearing

(  )  preliminary examination OR (   ) I have been informed I have no right to a preliminary examination

I HEREBY REQUEST THAT MY PRELIMINARY AND/OR DETENTION HEARING BE

(X)  held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

(  )  held in this district.

February, 21, 2023

_____
Defendant

_____
Defense Counsel

AO 94 (Rev. _____)

# UNITED STATES DISTRICT COURT

_____ Northern _____ District of _____ Texas at Fort Worth _____

| UNITED STATES OF AMERICA V. JACK EUGENE CARPENTER, III | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of Texas | 2:23-mj-30076 | 4:23-MJ-143 | Eastern District of Michigan |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)  ☐ Petition

charging a _____ U.S.C.

**DISTRICT OF OFFENSE**
Eastern District of Michigan

**DESCRIPTION OF CHARGES:**

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA  ☐ None |
|---|---|
| Interpreter Required? | ☒ No  ☐ Yes  Language: |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____ February, 21, 2023 _____  /s/ Hal R. Ray, Jr.
Date                                     Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |