UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Jack Eugene Carpenter,

    Defendant

_____/

Criminal No. 23-mj-30076

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                          Respectfully submitted,

                                          Dawn N. Ison
                                          United States Attorney

                                          *s/Hank Moon*
                                          Hank Moon P85337
                                          Assistant United States Attorney
                                          211 W. Fort Street, Suite 2001
                                          Detroit, MI 48226
                                          hank.moon@usdoj.gov
                                          (313) 226-0220

Dated: February 28, 2023

**IT IS SO ORDERED.**

                                                s/Kimberly G. Altman
                                                Kimberly G. Altman
                                                United States Magistrate Judge

Entered:  February 28, 2023