UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         CR. NO. 23-30076

v.                                          HON. UNASSIGNED

JACK EUGENE CARPENTER, III,

        Defendant.
_____/

## **APPEARANCE**

To:    Clerk of the Court and All Parties of Record:

Enter my appearance as Counsel in the case for Defendant.

I certify that I am admitted to practice in the Court.

                                        Respectfully submitted,

                                        **FEDERAL COMMUNITY DEFENDER**
                                        **EASTERN DISTRICT OF MICHIGAN**

                                        s/Jean Pierre Nogues
                                        JEAN PIERRE NOGUES
                                        Attorney for Defendant
                                        613 Abbott Street, Suite 500
                                        Detroit, Michigan 48226
                                        (313) 967-5840
                                        E-mail:  jp_nogues@fd.org
                                        NYS OCA# 5099379

Dated:  March 3, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              CR. NO. 23-30076

v.                                             HON. UNASSIGNED

JACK EUGENE CARPENTER, III,

        Defendant.
_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> Hank Moon
> Assistant United States Attorney
> United States Attorney's Office
> 211 W. Fort Street, Suite 2001
> Detroit, Michigan 48226

> **FEDERAL COMMUNITY DEFENDER**
> **EASTERN DISTRICT OF MICHIGAN**
>
> s/Jean Pierre Nogues
> JEAN PIERRE NOGUES
> Attorney for Defendant
> 613 Abbott Street, Suite 500
> Detroit, Michigan 48226
> (313) 967-5840
> E-mail: jp_nogues@fd.org
> NYS OCA# 5099379

Dated: March 3, 2023