FILED
MAR 03 2023
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

1. After utilizing 3 appeal processes, approaching 3 law enforcement agencies that breached the public trust by refusing to investigate the reported felonies, and initializing 2 seperate probable cause hearings as a private citizen, and the judge ruling adverse to international treaties which the US and state of Michigan are bound to, Jack Carpenter exercized rights listed in the Michigan Constitution to create a government that he found himself in a state of nature with want of a neutral magistrate and law enforcement was participating in conspiring to deny a Republican Form of government by denying access to the public trust to those who would not waive their right to body inviolate to take medication that was not licensed to prevent Sars-Cov-2 infection, deemed experimental by law, and cannot be lawfully deemed "safe" nor "Effective".

2. Under the unbroken common law rule stated by the US state department on Nov 18, 2022 this court lacks personam jurisdiction has challenged in front of 3 magistrates in 2 states. A hearing to determine the validity of this claim has yet to be had.

3. Jurisdiction once challenged must be proven, it cannot be assumed.

4. The declaration of Sovereignty was sent to the US Justice system and the US president as well as Congress on 11-11-2022 and stands as an uncontested affidavit. Under US v Kiss an uncontested affidavit is all that

is necessary to prove a prima facie case.
i. the UN and 2 other Sovereign states have recieved this uncontested legal documentation, meeting the final burdens of Sovereignty under international law.